**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| JACK GORDON GREENE | * | |
| | * | |
| Petitioner | * | |
| | * | |
| VS. | * | NO:5:0400373 SWW |
| | * | |
| LARRY NORRIS | * | |
| | * | |
| Respondent | * | |

**ORDER**

Before the Court is Petitioner's motion to quash the writ issued in this case on May 18, 2010, ordering that Petitioner be transported to the United States Medical Center for Federal Prisoners, at Springfield, Missouri, on May 26th, 2010, in order that he may be present for evaluation as set forth in prior Order of this Court. In support of his motion, Petitioner notes that the writ is labeled "writ of habeas corpus ad satisfaciendum," and he argues that the Court lacks jurisdiction to issue such a writ.

The Court clearly possesses jurisdiction to order that Petitioner be transported to the federal medical center for evaluation. *See Rees v. Peyton*, 384 U.S. 312, 314, 86 S. Ct. 1505, 1507 (1966). However, Petitioner is correct that the writ is mislabeled.

IT IS THEREFORE ORDERED that the "Writ of habeas corpus satisfaciendum" entered May 18, 2010 (docket entry #114) is hereby AMENDED to the extent that it is re-labeled "Order of Transport," and all references to "writ" are hereby amended to state "order." The Writ/Order of Transport shall remain in effect in all other respects.

IT IS FURTHER ORDERED that Petitioner's motion to quash (docket entry #115) is DENIED.

IT IS SO ORDERED this 24th day of May 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE