**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| JACK GORDON GREENE | * | |
| Petitioner | * | |
| VS. | * | NO:5:04CV00373 SWW |
| RAY HOBBS | * | |
| Respondent | * | |

## ORDER

The above styled matter has been scheduled for an evidentiary hearing to begin at **9:30 a.m. on THURSDAY, OCTOBER 6, 2011**, before United States District Judge Susan Webber Wright, in Courtroom #389, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas.

IT IS THEREFORE ORDERED that the Central Office of the Arkansas Department of correction is directed to ensure the attendance of petitioner **JACK GORDON GREENE, ADC #000922**, who is presently confined in the Arkansas Department of Correction, Varner Supermax Unit, at the evidentiary hearing scheduled to commence at 9:30 a.m. on Thursday, October 6, 2011, in Courtroom #389 Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 4th day of October, 2011.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE