# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

## THIS IS A CAPITAL CASE

| | |
|---|---|
| JACK GORDON GREENE | \* |
| Petitioner | \* |
| VS. | \*   NO: 5:04CV00373   SWW |
| LARRY NORRIS | \* |
| Respondent | \* |

## JUDGMENT

Pursuant to the Opinion and Order of Dismissal entered in this matter on this date, it is Considered, Ordered, and Adjudged that this petition for writ of habeas corpus be, and it hereby is, dismissed with prejudice.

IT IS SO ORDERED THIS 27TH DAY OF MARCH, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE