CAPITAL CASE

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JACK GORDON GREENE**                                      **PETITIONER**

v.                          No. 5:04-cv-373-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                          **RESPONDENT**

## ORDER

**1.** Dexter Payne is the current Director of the Arkansas Division of Correction. № 260. The Court directs the Clerk to update the docket. FED. R. CIV. P. 25(d).

**2.** Motions, № 259 & № 261, granted. Jenniffer Horan and Josh Lee are relieved as counsel for Greene. Kathryn Henry is relieved as counsel for Payne. And Karen Wallace is substituted as counsel of record for Payne.

**3.** Unopposed motion, № 262, granted. Response due by 31 January 2020.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 December 2019