IN THE UNITED STATES DISTRICT COURT
EASTERN/WESTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JACK GORDON GREENE**                                               **PETITIONER**

**V.**                      **CASE NO. 5:04CV00373**

**DEXTER PAYNE, Director,**
  **Arkansas Division of Correction**                        **RESPONDENT**

## MOTION FOR EXTENSION OF TIME

Comes now the respondent, Dexter Payne, Director, Arkansas Division of Correction, by and through counsel, Leslie Rutledge, Attorney General, and Karen Virginia Wallace, Assistant Attorney General, and for this motion, states:

I.

The response to the petitioner's motion for relief from judgment is presently due to be filed with this Court on January 31, 2020. Respondent has received an extension of 32 days, and now requests an additional seven (7) days, making the response due February 7, 2020.

II.

Due to undersigned counsel's current workload, there is still insufficient time in which to respond to the issues presented in this motion. The additional time is needed in order to assure that adequate consideration will be given to the response. Opposing counsel has been contacted, and he does not object to the

proposed extension of time.  This motion is made in good faith and not for the purpose of delay.

    WHEREFORE, Respondent respectfully prays that his motion to extend the time for filing his response be extended an additional 7 days, making the response due February 7, 2020.

    Respectfully submitted,

    LESLIE RUTLEDGE
    Attorney General

By:  /s/ Karen Virginia Wallace
    KAREN VIRGINIA WALLACE
    Arkansas Bar No.  85043
    Assistant Attorney General
    323 Center Street, Suite 200
    Little Rock, Arkansas 72201
    (501) 682-8125 [phone]
    (501) 682-2083 [fax]
    karen.wallace@arkansasag.gov

    **ATTORNEYS FOR RESPONDENT**