IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANAS
PINE BLUFF DIVISION

CAPITAL CASE

JACK GORDON GREENE                                              PETITIONER

v.                              No. 5:04-cv-373-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                 RESPONDENT

ORDER

The press of other business has delayed the Court in considering the pending Federal Rule of Civil Procedure 60(b)(6) motion. In studying the file this week, I have learned that Greene wrote to the Court, and submitted materials, several times in February and March. It is unclear whether Greene sent copies of any of this correspondence to counsel, though much of the material appears to be older documents connected with the litigation and Greene's confinement. There is something new: Greene has asked the Court to deny the pending Rule 60 motion. I am therefore directing the Clerk to file one of the documents as a *pro se* motion to withdraw *Doc. 257*, and the other three documents as addenda to that motion. Counsel may, if they wish, respond to these filings by 9 October 2020.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*23 September 2020*